433 A.2d 132

Handwerk Inc. v. Keystone Aviation Inc., Appellant.

528

Submitted March 5, 1980. John R. Zonarich, for appellant; John S. Davidson, for appellee.

Before CERCONE, P.J., and WATKINS and MONTGOMERY, JJ.

Order affirmed.